MARY A. FULCHER, plaintiff in error, *vs.* MICHAEL MIXON, defendant in error.

This case turns on the same principles as the above, and is ruled in the same way.

Claim.    Before Judge TOMPKINS.    Richmond Superior Court.    April Term, 1875.

Report unnecessary.

HOOK & WEBB, for plaintiff in error.

FRANK H. MILLER, for defendant.

Dobbs *vs.* Prothro *et al.*

JACKSON, Judge.

This case turns upon the same questions decided in *Mary A. Fulcher vs. James H. Royal, executor*, and the judgment is reversed on the same grounds. The facts are the same, except that Mixon's judgment is dated in 1866, and the debt on which it was founded, in 1860.

Judgment reversed.